IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Cr. No. 05-10063-T/An

HAROLD EUGENE HUNTER,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on September 23, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his/her present bond.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    fraud and false statements

Assistant U.S. Attorney assigned to case:  Grinalds

Rule 32 was not waived.

Defendant's age: __53__

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/28/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10063 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT